IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. _8:19-502_ |
| | ) | 18 U.S.C. § 751(a) |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| BARRY KING | ) | **INDICTMENT** |

COUNT 1

THE GRAND JURY CHARGES:

On or about May 6, 2019, in the District of South Carolina, the Defendant, **BARRY KING**, did knowingly escape from custody in Federal Correction Institution Edgefield, a facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the District of South Carolina upon conviction for the commission of Conspiracy to Possess with the Intent to Distribute and to Distribute Methamphetamine, in violation of Title 21 United States Code, Section 846;

In violation of Title 18, United States Code, Section 751(a).

A _____True_____ Bill

REDACTED
_____
FOREPERSON


_____
SHERRI A. LYDON   (ABM/kar)
United States Attorney